UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANCESCA HARON,

           Petitioner,

   v.

ALBERTO R. GONZALES, Attorney General of the United States; et al.,

           Respondent.

CASE NO. C04-2509-TSZ

TRANSFER ORDER

On May 11, 2005, the REAL ID Act of 2005 was signed into law. This Act states that, "[i]f an alien's case, brought under section 2241 of title 28, United States Code, and challenging a final administrative order of removal. . . is pending in a district court on the date of the enactment of this division, then the district court shall transfer the case. . . to the court of appeals for the circuit in which a petition for review could have been properly filed under section 242(b)(2) of the Immigration and Nationality Act (8 U.S.C. 1252)." Pub. L. No. 109-13, Div. B., § 106(c), 119 Stat. 231, 311 (May 11, 2005).

On January 26, 2005, Petitioner filed a Petition for Habeas Corpus, pursuant to 28 U.S.C. § 2241, to challenge an October 15, 1999 order that denied her application for withholding of removal. Docket no. 13. Therefore, because this case is filed under 28 U.S.C. 2241, is a challenge to a final order of removal, and was pending at the time the

TRANSFER ORDER – 1

REAL ID Act was enacted, the Court GRANTS Respondents' Motion to Transfer, docket no. 39, and TRANSFERS this action to the Ninth Circuit Court of Appeals as a "Petition for Review."  The Clerk is directed to transmit the entire case file to the Ninth Circuit Court of Appeals simultaneously with this Order.

   The Clerk is directed to send a copy of this Transfer Order to Magistrate Judge Mary Alice Theiler.

   Dated this 28th day of June, 2005.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

TRANSFER ORDER – 2